UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN MAURICE DEAN,<br><br>       Plaintiff,<br>    v.<br><br>STEVE SISOLAK, *et al.*,<br><br>       Defendants. | Case No. 3:22-cv-00085-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Sean Maurice Dean brings this action against Defendants under 42 U.S.C. § 1983. (ECF No. 4.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending that the Court dismiss the case for Plaintiff's failure to update his address. (ECF No. 30.) Plaintiff's objection to the R&R was due July 20, 2023. To date, Plaintiff has not objected to the R&R. For this reason, and as explained below, the Court adopts the R&R in full and dismisses this case without prejudice.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations") (emphasis in original). Judge Baldwin previously ordered Plaintiff to update his address by July 5, 2023, because the Court's mailings to Elko County Jail were "undeliverable" since Plaintiff was no longer in custody. (ECF Nos. 28, 29.) In that order, Judge Baldwin also warned Plaintiff that his failure to update his address by the deadline might result in dismissal of the case. (ECF No. 29.) *See* LR IA 3-1 (requiring *pro se* litigants to keep the Court apprised of their address, or face dismissal). The deadline has passed, and despite receiving adequate warning, Plaintiff

has not filed his updated address, requested an extension, or otherwise responded to Judge Baldwin's order or R&R. Accordingly, the Court adopts Judge Baldwin's R&R in full and dismisses the case without prejudice. *See Thompson v. Hous. Auth. of City of L.A.*, 782 F.2d 829, 831 (9th Cir. 1986); *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987).

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 30) is accepted and adopted in full.

It is further ordered that this case is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 25th Day of July 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE